IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY SHORE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | No. 4:13-mc-00546 |
| | § | |
| RICK THALER, Director, | § | **DEATH PENALTY CASE** |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorneys enter their appearances as counsel for Petitioner Anthony Shore in the above-styled and numbered case:

Karl S. Stern, Attorney-in-Charge
Federal I.D. No. 4870
State Bar No. 19175665
kstern@velaw.com

Elizabeth M. Devaney
Federal I.D. No. 941119
State Bar No. 24040100
ldevaney@velaw.com

Charles M. Rosson
Federal I.D. No. 1267959
State Bar No. 24074985
crosson@velaw.com

VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.2222
Facsimile: 713.758.2346

Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

DATED: June 3, 2013.

          Respectfully submitted,

          By:  */s/ Karl S. Stern*

          Karl S. Stern, Attorney-in-Charge
          Federal I.D. No. 4870
          State Bar No. 19175665
          Elizabeth M. Devaney
          Federal I.D. No. 941119
          State Bar No. 24040100
          Charles M. Rosson
          Federal I.D. No. 1267959
          State Bar No. 24074985
          VINSON & ELKINS LLP
          1001 Fannin Street, Suite 2500
          Houston, Texas 77002-6760
          Telephone: 713.758.2222
          Facsimile: 713.758.2346

          ***Attorneys for Petitioner Anthony Shore***

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd of June, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court pursuant to Local Rule CV-5.1.

          */s/ Charles M. Rosson*
          Charles M. Rosson