UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Anthony Shore | § | |
| | § | |
| *versus* | § | Civil Action 4:13−mc−00546 |
| | § | |
| Rick Thaler | § | |

# Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on June 4, 2013, at Houston, Texas.

_____
Nancy F. Atlas
United States District Judge