UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| Anthony Shore, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-13-1898 |
| | § | |
| William Stephens, | § | |
| | § | |
| Defendant. | § | |

## Order Reassigning Case

By an agreement between the judges, this case is reassigned to Judge Nancy F. Atlas.

Signed on November 5, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lynn N. Hughes　USDJ
　　　　　　　　　　　　　　　United States District Judge