# EXHIBIT 2

2476 Bolsover
#24
Houston, Texas 77005

# fax confidential

| | |
|---|---|
| To: | Alvin Nunnery |
| Fax Number: | 713-956-8919 |
| From: | Gina Vitale |
| Fax Number: | 713-729-9314 |
| Business Phone: | 713-256-3415 |
| Home Phone: | 713-729-1640 |
| Pages: | 2 |
| Date/Time: | 7/6/2004 12:09:17 PM |
| Subject: | Tony Shore |

*CRR CRRH to Earthlink.net*

Alvin-

Daneen asked me to make sure you had Cecil's contact info: Cecil R. Reynolds, PhD
Professor of Educational Psychology
Professor of Neuroscience
Distinguished Research Scholar
Texas A&M University
512-656-5075
512-321-4785 (fax)

Also, I need copies of everything you gave to her so that she and I can discuss them. if you'll let me know when the copies are ready I'll be happy to come pick them up.

Finally, are we still scheduled to go ahead on the 27th? Tony was asking if there was any possibility of a deal if he accepted four life sentences and agreed to victim impact, etc. I think he's getting scared.